EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Drug/Organized Crime Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
E-mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 1 2005

at 2 o'clock and 30 min. P M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 05-00380 JMS |
| Plaintiff, ) | INFORMATION |
| vs. ) | [21 U.S.C. §§ 841(a)(1); 841(b)(1)(B)] |
| AL NEEMIA, also known ) as "Kriminal," ) | |
| Defendant. ) | |

INFORMATION

The United States Attorney charges that:

On or about April 12, 2005, in the District of Hawaii, Defendant AL NEEMIA, also known as "Kriminal," did knowingly and intentionally possess with intent to distribute 5 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of

isomers, which contains cocaine base, to wit, approximately 39.8 grams (gross weight), of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(B).

DATED: _September 19, 2005_, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_/s/ Florence T. Nakakuni_
FLORENCE T. NAKAKUNI
Chief, Drug/Organized
  Crime Section

_/s/ Beverly Wee Sameshima_
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney

UNITED STATES V. AL NEEMIA
"Information"
Cr. No. 05-00380 JMS