# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/12/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CR 05-00380JMS
CASE NAME:          U.S.A. Vs. Al Neemia
ATTYS FOR PLA:      Beverly Wee Sameshima
ATTYS FOR DEFT:     Alvin Nishimura
INTERPRETER:

JUDGE:     J. Michael Seabright          REPORTER:    Sharon Ross

DATE:      1/12/2006                     TIME:        2:20pm-2:30pm

COURT ACTION:  EP: Sentencing to Count 1 of the Information-Defendant present in Custody.

Court accepts the Plea Agreement.

The Court adopts the presentence investigation report with changes.

Defendant addresses the Court.

Sentence-

Imprisonment-120 Months

Mittimus Forthwith

Court Recommendations- 1. Prison Facility at Lompoc
                       2. Prison Facility at Dublin
                       3. Vocational/Educational Training
                       4. Drug Treatment

Supervised Release-8 Years

Special Conditions of Supervised Release-

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 15 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant shall provide the Probation Office access to any requested financial information.

9. That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

No Fine.

Special Assessment-$100.00

Defendant advised of his right to appeal.

Oral Motion to Dismiss Indictment in Cr. No. 05-00167-is hereby Granted.

Submitted by Leslie L. Sai, Courtroom Manager

Case 1:05-cr-00380-JMS     Document 6     Filed 01/12/2006     Page 3 of 3

G:\docs\leslie\CR 05-380-Minutes.wpd