Al Neemia #92105-022
Federal Correctional Institution
PO Box 9000
Safford, AZ 85548-9000

Honorable Judge Seabright
United States District Court
District of Hawaii
300 Ala Moana Blvd
Honolulu, HI 96850

LEGAL MAIL